JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **JERMARR JERELL SESSION,** | No. ED CV 18-02627-VBF-DFM |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| JIM ROBERTSON (Warden), | |
| Respondent. | |

**Final judgment is hereby entered in favor of the respondent and against petitioner Jermarr Jerell Session.**

IT IS SO ADJUDGED.

Dated: May 18, 2021

*Valerie Baker Fairbank*
Honorable Valerie Baker Fairbank
Senior United States District Judge